MARGATE TAVERN OWNERS' ASSOCIATION v.
G. ROLAND BROWN.

October 19, 1976. Petition for certification denied. (See
144 *N. J. Super.* 435)

STATE OF NEW JERSEY v. ANTHONY KALWICZ, JR.

November 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN SIMPSON.

November 1, 1976. Petition for certification denied.

ALBERT MAC NEIL v. ANN KLEIN.

November 1, 1976. Petition for certification denied. (See
141 *N. J. Super.* 394)

WASHINGTON MOTOR SALES v. OLUWOLE FERREIRA.

November 1, 1976. Petition for certification granted. (See
140 *N. J. Super.* 529)